March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

*WAEL HAMAD*    Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY
TELECONFERENCE

21 -CR- 680 (JGK) (    )

Defendant ___*HAMAD*___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___*Wael Hamad*___
Print Defendant's Name

_____
Defense Counsel's Signature

___*Joseph DiBenedetto*___
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

___12/8/21___
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~