March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

*Wael Hamad, et al.* Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-680 (JGK) ( )

Defendant _Wael Hamad_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Wael Hamad
Print Defendant's Name

_____
Defense Counsel's Signature

Joseph DiBenedetto
Print Defense Counsel's Name

on 6/1/22
This proceeding was conducted by reliable teleconference technology.

6/2/22
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~