

# DiBenedetto
## —— L A W ——

JOSEPH DiBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

August 11, 2022

**_VIA ECF_**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:   United States v. Wael Hamad, et al.**
> **21 CR 680 (JGK)**

Dear Judge Koeltl:

We write to respectfully request a modification of Wael Hamad's bail conditions, which would allow him to travel to Florida with his fiancé for her birthday from August 16, 2022 through August 22, 2022. If approved, Mr. Hamad and his fiancé would split their time between Orlando and Miami. Additionally, Mr. Hamad would provide Pretrial Services with an itinerary.

Pretrial Services Supervisor Joshua Rothman has no objection to this request and the government has deferred to the judgment of Pretrial Services.

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
8/12/22

Respectfully submitted,

/s/
Joseph DiBenedetto

cc:   Government Counsel
      Pretrial Services (via email)