UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                   21 cr 680 (JGK)

       -against-

                   **ORDER OF REMAND**

WAEL HAMAD,

            Defendant.

------------------------------------------------------------X

       For the reasons stated, today, the defendant, Wael Hamad, having pleaded guilty to the indictment, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending sentence.

**SO ORDERED.**

                                                 _____
                                                 JOHN G. KOELTL
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 29, 2022