

# DiBenedetto
## — LAW —

100 Old Country Road, Suite 103
Mineola, New York 11501
T: (212) 608 5858 | F: (516) 307 1693
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

March 28, 2024

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Wael Hamad, et al.*
**21 CR 680 (JGK)**

Dear Judge Koeltl:

I write to respectfully request that this Court Order Pretrial Services to return Wael Hamad's passport to him. Hamad surrendered his passport as a condition of his release. Hamad has since completed his term of incarceration and is currently residing at RRM New York halfway house. We are requesting the return of his passport so that it is not forwarded to the Department of State.

Respectfully submitted,

/s/
Joseph DiBenedetto

**APPLICATION GRANTED
SO ORDERED**

3/28/24
John G. Koeltl, U.S.D.J.