

# DIBENEDETTO
## —— LAW ——

100 OLD COUNTRY ROAD, SUITE 103
MINEOLA, NEW YORK 11501
T: (212) 608 5858 | F: (516) 307 1693
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

July 16, 2024

**VIA ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

Re:    **United States v. Wael Hamad, et al.**
       **21 CR 680 (JGK)**

Dear Judge Koeltl:

I write as a follow-up to this Court's Order granting Wael Hamad's travel request to correct an error regarding travel dates.

On July 12, 2024, a travel request was filed with this Court containing proposed travel dates of August 8, 2024, through August 15, 2024. (Doc. No. 158). This Court granted the application on July 15, 2024 (Doc. No. 159). Our office has since realized that the proposed travel dates were incorrect. The application should have included travel dates of August 1, 2024, through August 20, 2024.

Accordingly, we are respectfully requesting that this Court allow Mr. Hamad to travel to Spain with his wife for their honeymoon from August 1, 2024 through August 20, 2024.

I have contacted United States Probation Officer Michael Stec regarding the correct travel dates, and he has no objection to this request. Additionally, I have contacted government counsel, and they again defer to the Department of Probation.



If the trip is approved, Mr. Hamad will provide the Department of Probation with a detailed itinerary.

Respectfully submitted,
/s
Joseph DiBenedetto


cc:    Government Counsel
(*Via* ECF)

2